# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **PAUL WILLIAMSON, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:06-CV-1418-RDP |
| | ) |
| **MYRTIS MOSS,** | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on August 14, 2007 recommending that Defendant's motion to dismiss be granted. The parties were allowed an opportunity to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, Defendant's motion to dismiss is due to be granted. A Final Judgment will be entered.

**DONE** and **ORDERED** this ____13th____ day of September, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE